**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

| | |
|---|---|
| **ALEXANDRA CHAS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TRANS UNION, LLC, et al.**<br><br>**Defendants.** | **CIVIL ACTION NO.**<br>**2:26-CV-5789** |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearance of Joseph L. Gentilcore on behalf of Plaintiff in the above-captioned matter.

**Respectfully submitted,**

**FRANCIS MAILMAN SOUMILAS, P.C.**

BY: *_/s/ Joseph L. Gentilcore_*
JOSEPH L. GENTILCORE

Date:August 12, 2026